

Entered on Docket
June 07, 2010

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

1
2
3
4
5
6
7
8

9  Kristin A. Schuler-Hintz, Esq., SBN 7171
   Seth J. Adams, Esq., SBN 11034
10 Christopher K. Lezak, Esq., SBN 11185
   Sherry A. Moore, Esq., SBN 11215
11 McCarthy & Holthus, LLP
   9510 West Sahara Avenue, Suite 110
12 Las Vegas, NV 89117
   Phone (702) 685-0329
13 Fax (866) 339-5691
14 NVBK@McCarthyHolthus.com

15 Attorney for Secured Creditor,
   Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust Asset-
16 Backed Certificates Series 2006-2, its assignees and/or successors and the servicing agent
   AMERICAS SERVICING COMPANY
17

18               UNITED STATES BANKRUPTCY COURT

19                      DISTRICT OF NEVADA

20

21 In re:                          ) Case No.: 10-17194-mkn
                                   )
22 Candy L. Cross,                 ) Chapter  7
                                   )
23         Debtor.                 ) DATE:  06/02/10
                                   ) TIME:   01:30 pm
24                                 )
25                                 ) **ORDER TERMINATING**
                                   ) **AUTOMATIC STAY**
26                                 )
27
28
29

*Rev. 12.09*                                    M&H File No. NV-10-27397
                                                            10-17194-mkn

1  The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 535 Sellers Place, Henderson, NV 89015.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*Order Filed 04/29/10-no response received*
David L. Tanner, Esq.
7472 West Sahara Avenue #101
Las Vegas, NV 89117
(702) 256-6999

Approved/Disapproved

*Order Filed 04/29/10-no response received*
William A. Leonard
6625 South Valley View #224
Las Vegas, NV 89118

1  ALTERNATIVE METHOD re;  RULE 9021:

2  In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3  ☐ The court has waived the requirement of approval under LR 9021.
4
5     X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have
   delivered a copy of this proposed order to all counsel who appeared at the hearing, any
6  unrepresented parties who appeared at the hearing, and each has approved or disapproved the
   order, or failed to respond, as indicated below [list each party and whether the party has
7  approved, disapproved, or failed to respond to the document]:

8
      ☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order
9  to all counsel who appeared at the hearing, any unrepresented parties who appeared at the
   hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
10 [list each party and whether the party has approved, disapproved, or failed to respond to the
11 document]:

12
      ☐  I certify that I have served a copy of this order with the motion, and no parties
13 appeared or filed written objections.

14         Counsel appearing: David L. Tanner- Order Filed 04/29/10-no response received

15         Unrepresented parties appearing: None

16
           Trustee: William A. Leonard- Order Filed 04/29/10-no response received
17

18 Submitted by:
   McCarthy & Holthus, LLP
19
   /s/ Christopher K. Lezak.
20 Christopher K. Lezak, Esq.

21

22

23

24

25

26

27
                                    ###
28

29

*Rev. 12.09*                                                    M&H File No. NV-10-27397
                                                                        10-17194-mkn